HENRY LEONARD, Respondent, v. DOROTHY E. GASNER and " JOHN " GASNER, the First Name " John " Being Fictitious, True First Name Being Unknown

to the Plaintiff, the Person Intended Being the Husband of the Aforesaid DOROTHY E. GASNER, Appellants.— In an action for slander, order denying defendants' motion to vacate a notice of examination before trial, in so far as appealed from, affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.